■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MELI, Appellant. 

 Mollen, P. J., Titone, Lazer and Rubin, JJ., concur.